247 So.2d 865

**Mrs. Linda Sevario MARCHAND**

**v.**

**Robert Irwin MARCHAND.**

**No. 51438.**

May 24, 1971.

In re: Mrs. Linda Sevario Marchand applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Ascension. 246 So.2d 216.

Writ refused. On the facts found by the Court of Appeal we cannot say there is error of law in the judgment.

247 So.2d 865

**Alex BRILEY**

**v.**

**UNION NATIONAL LIFE INSURANCE COMPANY.**

**No. 51439.**

May 24, 1971.

In re: Alex Briley applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 246 So.2d 265.

Writ denied. No error of law shown.